AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

xxx xxx xxxxxxx xxxxxxx; WDC 20019

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

CASE NUMBER:

(Further described below)

I ___Shawn Arthur___ being duly sworn depose and say:

I am a(n) ___Special Agent with the Bureau of Alcohol, Tobacco & Firearms___ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
xxx xxxxxx xxxxxxx; WDC 20019
is a three story brick building. Xxxxxxxxxx is located on the third floor of the building. xxxxxxxxx is a two bedroom apartment.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
As more fully described in Attachment A of the attached Affidavit

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

concerning a violation of Title __21__ United States Code, Section(s) __§844__ . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES  ☐ NO

Vincent Caputy
Federal Major Crimes
(202) 514-6972

Signature of Affiant
Shawn Arthur,  Special Agent
Bureau of Alcohol, Tobacco & Firearms

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer