IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

Washington Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. |
| ) | |
| ELMO & MANN ) | |
| ) | |
| <u>IN THE MATTER OF SEARCH OF</u>: ) | |
| The residence at ) | |
| xxx xxxxx xxxxxx xxxxx) | |
| Washington, District of Columbia | |

<u>AFFIDAVIT IN SUPPORT OF
SEARCH WARRANT</u>

I, Shawn Arthur, being duly sworn, depose and state as

follows:

    1.   Since 1997, I have been a federal law enforcement officer. Since September 1999, I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy, where I received training in federal firearms laws. I have participated in numerous ATF investigations of illegal possession of and trafficking in firearms, including investigations involving straw purchases of firearms. I have participated in several investigations where criminal complaints were obtained and arrests were made for violations of federal firearms and narcotics laws.

1

2.   This affidavit is submitted in support of the following:

A search warrant for the property and premises at xxx xxxxx xxxxxx xxxxx, Washington, D.C., 20019. The property is further described as: see Attachment "A". This affidavit contains information necessary to support probable cause for this application.  It is not intended to include each and every fact and matter observed by me or known to the government.

3.   Based on my training and experience, I am aware that: Firearms are of a permanent nature and, in circumstances surrounding an individual's illegal acquisition of a firearm, are retained for a long period of time.  Furthermore, firearms are typically stored in the residence occupied by the firearm trafficker or stored in the vehicle owned or operated by the firearm trafficker.

4.   Individuals who illegally acquire and dispose of firearms maintain books, records, receipts, notes, ledgers, bank records, money orders, electronic computer records, and other papers relating to the acquisition and disposition of firearms, firearm parts, and ammunition.  The aforementioned books, records, receipts, notes, electronic computer records and ledgers etc., are maintained where the individual has ready access to them,

such as on their person, in their motor vehicle, or in their residence.

5. Individuals who illegally acquire and dispose of firearms commonly maintain addresses or telephone numbers in books, papers or electronic computer records, which reflect names, addresses, and/or telephone numbers for their associates in their illegal organization. These records are generally kept on their person, in their vehicle, or in their residence.

6. Individuals who illegally acquire and dispose of firearms take or cause to be taken photographs of themselves, their associates, their property, and their firearms. These individuals maintain these photographs in their possession, in their vehicles, or in their residence.

7. Based on my training and experience, I am aware that:
Drug traffickers maintain (in residences and in garages, storage sheds, barns, out buildings, and like appurtenances) books, records, calendars, receipts, computer diskettes, compact discs, zip discs, and other electronic storage devices, computers, handheld computers, notes, ledgers, airline tickets, money orders, currency and other papers relating to the transportation, purchase, packaging, sale, and

distribution of controlled substances.

8. Drug traffickers commonly maintain (in residences and in garages, storage sheds, barns, out buildings, and like appurtenances) books or papers, which reflect the names, addresses, and telephone numbers of their suppliers, couriers, customers, and other associates in the illegal drug trade.

Drug traffickers commonly maintain books, papers, and documents in secure locations such as safes or lockboxes within their residences so they can have ready access to such information.

9. On or about October 31, 2005 CS-1, met subjects "ELMO and MANN" at xxx xxxxx xxxxxx xxxxx, within the District of Columbia.  CS-1 stated that while inside the residence he/she witnessed "ELMO and MANN" in possession of an assault rifle with scope, 9MM pistol, and a quantity of crack cocaine. CS-1 described ELMO as a black male 5'11, 160 pounds, with short black hair. CS-1 described MANN as a black male 5'7, bald, with a baseball cap.

10.    CS-1 informed Special Agent Arthur that a woman named BJ also resides in apartment 31. Special Agent Arthur discovered that the lease holder of the residence is

Bernadine J. TERRY DOB- xx/xx/1947, SSN: xxx-xx-3337. CS-1 stated that the phone number to the residence is 202-399-1654.

11.   CS-1 has provided information to US Marshal's on numerous occasions over the past six years and has proven a credible source.

12.   Based on the foregoing there is probable cause to believe that from in or about October 2005 through November 2005, in Washington, within the District of Columbia, "ELMO and MANN" knowingly, unlawfully, and intentionally possessed a firearm, in violation of Title 7, D.C. Code 2502, and crack cocaine, in violation of Title 21, United States Code, Section 844.

13.   The property and residence located at xxx xxxxx xxxxxx xxxxx, Washington D.C. described more fully in Attachment A, contains evidence of the commission of the above offense, contraband, the fruits of crime, property designed or intended for use and which is and has been used as the means of committing the offense and those items listed on Attachment B.

```
                              _____
                              Shawn Arthur
                              ATF Special Agent


Sworn and subscribed to before me this        2005.

                              _____
                              United States Magistrate Judge
```

Search Warrant Attachment "A"

219 51st Street NE, Apartment #31 is a three story brick building. Apartment #31 is located on the third floor of the building. Apartment 31 is a two bedroom apartment.

Search Warrant Attachment "B"

ATTACHMENT B

**Description of Evidence to Be Searched for and Seized**

1. **FIREARMS**: Any and all, firearms, firearm parts, firearms magazines and ammunition. Any boxes, bags, briefcases, suitcases, or containers used to transport and store firearms. Any and all narcotics and packaging and other paraphernalia used to package and sell narcotic. Any and all ledgers, books, and papers relating to the sale of illegal narcotics.

2. **RECORDS/DOCUMENTS:** Documents and items related to the purchase, ownership, possession, sales and transfer of firearms, firearms parts and/or ammunition, including driver's licenses, State identification cards and other personal identification; telephone records, telephone bills, address and telephone books, diaries, ledgers, invoices, purchase orders, canceled checks, receipts, bank records and other financial documentation. Documents and items that tend to show the identity of persons controlling, occupying, possessing, residing in or owning the Subject Premises, including keys, rental agreements and records, leases, property acquisition records, utility bills, answering machine tape recordings, telephone beeper or paging devices, rolodexes, telephone answering message pads, storage records, vehicle records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, and credit card records. Tickets, notices, notes, vehicle rental receipts, credit card receipts, travel schedules, records of long distance telephone calls, passports, and records relating to domestic and foreign travel to support the acquisition/disposition of firearms. Photographs and/or photograph albums, videocassette tapes, and audiocassette tapes of co-conspirators. Address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers of suspected firearms suppliers and/or purchasers. Any and all information and/or data stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer or with the aid of computer-related equipment. This media includes floppy diskettes, fixed hard disks, removable hard disk cartridges, tapes, laser disks, videocassettes, and other media, which is capable of storing

magnetic coding.  Any and all electronic devices which are capable of analyzing, creating, displaying, converting, or transmitting electronic or magnetic computer impulses or data.  These devices include computers, computer components, computer peripherals, word processing equipment, modems,    monitors, printers, plotters, encryption circuit boards, optical scanners, external hard drives, and other computer-related electronic devices