AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

219 51st ST NE #31; WDC 20019

**SEARCH WARRANT**

CASE NUMBER: 05 - 0592M - 01

TO:  __Shawn Arthur__  and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Shawn Arthur__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

219 51st Street NE; WDC 20019
is a three story brick building. Apartment #31 is located on the third floor of the building. Apartment 31 is a two bedroom apartment.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

As more fully described in Attachment A of the attached Affidavit

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __November 14, 2005__
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 08 2005  3:00 pm     at Washington, D.C.

Date and Time Issued   **ALAN KAY**
**U.S. MAGISTRATE JUDGE**

Name and Title of Judicial Officer    Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/09/2005 | 0625 11/10/2005 | JAMES WOODARD |

INVENTORY MADE IN THE PRESENCE OF    HARRY BRADY/SHAWN ARTHUR

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Browning Serial # 21385NV8574/h Scope
19 rounds of 7.62 ammunition
Drug zip-lock baggies.

FILED
NOV 10 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*    11-10-05
U.S. Judge or U.S. Magistrate Judge    Date